PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

FILED 2/26/2025
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: MAM DEPUTY

**DOCKET NUMBER** *(Transferring Court)*
CR-22-02386-001-TUC-JCH
(EJM)

**DOCKET NUMBER** *(Receiving Court)*

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Patrick Ryan McCarty | District of Arizona | 4: Tucson |
| | NAME OF SENTENCING JUDGE | |
| | Honorable John C. Hinderaker  United States District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 5/11/2023 — TO 5/10/2028 |

**OFFENSE**
Violating Title 8, U.S.C. §§1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i), Transportation of Illegal Aliens for Profit, a Class C Felony offense

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Family Ties; lives with parents in Nevada

## PART 1- ORDER TRANSFERRING JURISDICTION

### UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. §3605, the jurisdiction of the probationer or supervised releasee, Patrick Ryan McCarty, be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

February 12, 2025
Date

*[signature]*
John C. Hinderaker
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2- ORDER ACCEPTING JURISDICTION

**UNITED STATES DISTRICT COURT DISTRICT OF DISTRICT OF NEVADA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

February 28, 2025
Effective Date

*[signature]*
United States District Judge

## UNITED STATES PROBATION OFFICE
## DISTRICT OF NEVADA
## MEMORANDUM

RE: Patrick Ryan McCarty

Case No.: To be assigned

### REQUESTING ACCEPTANCE OF JURISDICTION

February 26, 2025

TO:   United States District Judge

On May 11, 2023, Patrick Ryan McCarty was sentenced in the District of Arizona, to a term of five (5) years of probation for committing the offense of Transportation of Illegal Aliens for Profit, a Class C Felony. On the same date, Mr. McCarty commenced his probationary term in the District of Nevada.

Mr. McCarty has significant ties to our community and intends to remain in our district for the duration of supervised release. Additionally, Mr. McCarty has incurred violations since commencing supervision. As noted by his signature on the attached Transfer of Jurisdiction form (Prob 22), U.S. District Court Judge John Hinderaker agreed to relinquish jurisdiction on February 12, 2025.

It is respectfully requested that Jurisdiction be transferred to the District of Nevada. Should the Court agree with this request, the transfer of jurisdiction form is attached for Your Honor's signature.

Respectfully submitted,

Digitally signed by Elijah Ray
Date: 2025.02.26 15:27:14 -08'00'

Elijah J Ray
United States Probation Officer

Approved:

Digitally signed by Joy Gabonia
Date: 2025.02.26 13:47:21 -08'00'

Joy Gabonia
Supervisory United States Probation Officer